GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent, *v.* A. PAUL LOSHEN, Appellant.

(Argued October 22, 1934; decided November 20, 1934.)

*Charles H. Tuttle, William Weisman* and *David Gellar* for appellant.

*Abraham J. Halprin* and *Alfred C. Bennett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.